United States District Court
Southern District of Texas
**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BELLE STATION, LLC d/b/a BELLE STATION, <br> Plaintiff, <br><br> v. <br><br> MOUNT VERNON FIRE INSURANCE COMPANY, UNITED STATES LIABILITY INSURANCE COMPANY, INC., MAUREEN A. CONNOR, and EMILY M. HYNES, <br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. 4:23-CV-00823 |

## ORDER OF VOLUNTARY DISMISSAL

In accordance with the Notice of Dismissal filed on March 10, 2023 (Doc. No. 5), this case is DISMISSED without prejudice as to Plaintiff's claims and causes of action against defendants United States Liability Insurance Company, Inc., Maureen A. Connor and Emily M. Hynes pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party to bear their own fees and costs.

SIGNED on July 24th, 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE